IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01751-LTB-KLM

GEORGE W. BARRIE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR,
EMPLOYMENT STANDARDS ADMINISTRATION,
OFFICE OF WORKERS COMPENSATION PROGRAMS,
DIVISION OF ENERGY EMPLOYEES OCCUPATIONAL ILLNESS COMPENSATION, and
FINAL ADJUDICATION BRANCH,

    Defendant(s).
_____

**MINUTE   ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on the Joint Motion for Briefing Deadlines in Lieu of a Scheduling Order [Docket No. 7, Filed October 18, 2007] ("the Joint Motion"); and Plaintiff's Motion to Vacate and Reschedule Status Conference [Docket No. 9, Filed October 17, 2007] ("Motion to Vacate").

    IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.  The following deadlines, as proposed by the parties (with modification by the Court), will now apply to this case.

| | | |
|---|---|---|
| • | Administrative Record filed on or before: | **December 6, 2007** |
| • | Motions concerning supplementation of Administrative Record filed on or before: | **December 20, 2007** |
| • | Responses to motions to supplement Administrative Record filed on or before: | **January 9, 2008** |
| • | Plaintiff's Opening Brief Deadline | **January 23, 2008** |
| • | Defendant's Response Brief Deadline | **February 25, 2008** |
| • | Plaintiff's Reply Brief Deadline | **March 25, 2008** |
| • | Defendant's Surreply Brief Deadline (if necessary) | **April 25, 2008** |

    IT IS FURTHER **ORDERED** that the Motion to Vacate is **DENIED as moot**.  By

Order dated October 18, 2007 [Docket No. 8], the Court *sua sponte* vacated the status conference, to be reset at a later date, if appropriate.

Dated: October 31, 2007